IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UMG RECORDINGS, INC.,

    Plaintiff,

vs.                                      CASE NO.: 1:06cv78-SPM/AK

HEATHER CLARK,

    Defendant.
_____/

## ORDER OF DISMISSAL

This case has been dismissed without prejudice pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (doc. 5) and Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, the clerk shall close this case.

SO ORDERED this 2nd day of August, 2006.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge